18 So.2d 744

**ALIN F. WILLIAMSON v. STATE.**

**7 Div. 785.**

Supreme Court of Alabama.

June 22, 1944.

Rehearing Denied July 25, 1944.

Jas. L. Carter and Merrill, Merrill & Vardaman, of Anniston, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Bernard F. Stykes, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Arlin F. Williamson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Williamson v. State, 31 Ala.App. 360, 18 So.2d 742.

Writ denied.

THOMAS, FOSTER, and STAKELY, JJ., concur.